IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CARDINAL HEALTH 200, LLC,** : | |
| : | Case No. 2:13-CV-305 |
| **Plaintiff,** : | |
| : | **JUDGE MARBLEY** |
| **v.** : | |
| : | Magistrate Judge Deavers |
| **ALLSCRIPTS, LLC, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

The parties and the Court agree that it is appropriate to remand this case to the Franklin County Court of Common Pleas, Civil Division, Ohio. This action is therefore **REMANDED**. Defendant's Motion to Dismiss or in the Alternative Transfer Venue is **DENIED** as moot, (Doc. 16). The Court retains limited jurisdiction to resolve the objections the U.S. Magistrate Judge's Report and Recommendation, (Doc. 30), concerning Plaintiff's Motion for Costs and Fees, (Doc. 25).

    **IT IS SO ORDERED.**

                                                                                  s/Algenon L. Marbley
                                                                             **ALGENON L. MARBLEY**
                                                                             **UNITED STATES DISTRICT JUDGE**

**Dated: October 2, 2013**